# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

**CHAMBERS OF**
**LOWELL A. REED, JR.**
**SENIOR JUDGE**

**4001 UNITED STATES COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106-1705**
**215-597-0022**

August 15, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I have received and reviewed your letter of August 1, 2007.

Enclosed are the original and three copies of my Amended Form AO-10 for 2006.

I am satisfied that the changes required by your instructions have been made.

Please accept this Amended Financial Disclosure Report and declare the year 2006 closed for reporting purposes.

Thank you.

Very truly yours,



LOWELL A. REED, JR.

Enclosures

| AO 10 |
| Rev. 1/2007 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REED, Jr., Lowell A | U.S. District Court | 08/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge - | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
|  | **5b.** ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4001 US Courthouse 601 Market Street Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 21 A 10:38 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 08/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2/06 | Trustee, Testamentary Trust, Trustees commissions. (See VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | Dinner, breakfast, room parking one night in New York City annual dinner 3/24 & 25/2006 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 08/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | C | Dividend | M | T | | | | | |
| 3. Janus Fund IRA | C | Dividend | K | T | | | | | |
| 4. Vanguard PA Tax Free | B | Dividend | L | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | C | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | B | Dividend | K | T | | | | | |
| 7. PP&L Common | A | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard PA Tx Free MM | C | Interest | M | T | | | | | |
| 10. Contains Wellington | C | Dividend | L | T | | | | | |
| 11. Vanguard PA Tax Free MM | D | Dividend | M | T | | | | | |
| 12. Vanguard Windsor II | C | Dividend | L | T | | | | | |
| 13. Index 500 - Vanguard | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market | A | Dividend | K | T | | | | | |
| 15. Equity Income Fund | A | Dividend | J | T | | | | | |
| 16. Brokerage #I | | None | | | | | | | |
| 17. Jennison Utility Fund Class A -name change | A | Dividend | | | Sold | 6/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Money Market, Wacovia Bank, NA | C | Interest | L | T | | | | | |
| 19. FMLMC | B | Interest | K | T | | | | | |
| 20. Banco Bilbao Vizcaoa | A | Interest | K | T | | | | | |
| 21. Amcore Bank CD (See VIII) | A | Interest | K | T | | | | | |
| 22. GMAC Automotive Bank CD (See VIII) | A | Interest | | | Maturity | 12/29 | K | | |
| 23. FHLMC Gold Passthru Pool | A | Interest | J | T | | | | | |
| 24. Doral Bank | A | Interest | | | Maturity | 6/16 | K | | |
| 25. Acacia Fed Savings | | Interest | | | Maturity | 12/28 | K | | |
| 26. Discover Bank | B | Interest | K | T | | | | | |
| 27. Fidelity Advisor Service | A | Dividend | | | Sold | 9/07 | K | A | |
| 28. Ex-Cell Energy (X) Common | A | Dividend | J | T | | 9/20 | J | | |
| 29. Wellington (X) The Vanguard Group | C | Dividend | K | T | | | | | |
| 30. Treas.IM Bond Funds (X) The Vanguard Group | A | Dividend | | | Transfer | 2/23 | K | | |
| 31. Prime MM (X) The Vanguard Group | A | Dividend | | | Transfer | 3/03 | J | | |
| 32. Amboy Natl Bank, Old Bridge, NJ | B | Interest | K | T | Buy | 6/21 | K | | |
| 33. Lehman Bros Wilmington, DE | B | Interest | K | T | Buy | 6/21 | K | | |
| 34. Washington Mutual Headerson, NV | A | Interest | K | T | Buy | 9/08 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 08/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Washington Mutual | A | Interest | | | Maturity | 12/08 | K | | |
| 36.   Cohutta Banking Co Chattanooga, TN | A | Interest | K | T | Buy | 6/21 | K | | |
| 37.   Cohutta Banking Co Chattanooga, TN | A | Interest | | | Maturity | 12/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation For Section III B:
    ███████ non-investment income is paid to her as a commission as one of three trustees; she is not a beneficiary of the trust, either as to income or distribution of corpus. This is a private testamentary trust in which ████ has no property interest now or as a remainder man. The corpus of the trust never was and never will be derived from the assets, income or activities of the filer ████████. The filer cannot expect to derive a benefit from the trust income or corpus. The service ██████ as a trustee, and commissions earned are the sole financial interest and responsibility of the ████ Neither the filer nor ██████ has filed any ████ tax return with the trust and the filer has no knowledge of the property or corpus of the trust. Finally, █████████ annual commission is not based upon the level of profitability of the trust property.

Explanation For Section VII:
    No. 30 transferred to No. 5
    No. 31 transferred to No. 4

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date _August 15, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>REED, Jr., Lowell A | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/9/2007 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior District Judge -

**5a. Report Type** (check appropriate type)

☐ Nomination,       Date
☐ Initial     ☒ Annual     ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

4001 US Courthouse
601 Market Street
Philadelphia, PA 19106

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 A 9 59 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] · NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2/06 | Trustee, Testamentary Trust, Trustees commissions. (See VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Dinner, breakfast, room parking one night in New York City annual dinner 3/24 & 25/2006 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 05/9/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | C | Dividend | M | T | | | | | |
| 3. Janus Fund IRA | C | Dividend | K | T | | | | | |
| 4. Vanguard PA Tax Free | B | Dividend | L | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | C | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | B | Dividend | K | T | | | | | |
| 7. PP&L Common | A | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard PA Tx Free MM | C | Interest | M | T | | | | | |
| 10. Contains Wellington | C | Dividend | L | T | | | | | |
| 11. Vanguard PA Tax Free MM | D | Dividend | M | T | | | | | |
| 12. Vanguard Windsor II | C | Dividend | L | T | | | | | |
| 13. Index 500 - Vanguard | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market | A | Dividend | K | T | | | | | |
| 15. Equity Income Fund | A | Dividend | J | T | | | | | |
| 16. Brokerage #1 | | None | | | | | | | |
| 17. Jennison Utility Fund Class A -name change | A | Dividend | | | Sold | 6/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Money Market | C | Interest | L | T | | | | | |
| 19. FMLMC | B | Interest | K | T | | | | | |
| 20. Banco Bilbao Vizcaoa | A | Interest | K | T | | | | | |
| 21. Amcore Bank CD (See VIII) | A | Interest | K | T | | | | | |
| 22. GMAC Automotive Bank CD (See VIII) | A | Interest | | | Maturity | 12/29 | K | | |
| 23. FHLMC Gold Passthru Pool | A | Interest | J | T | | | | | |
| 24. Doral Bank | A | Interest | | | Maturity | 6/16 | K | | |
| 25. Acacia Fed Savings | | Interest | | | Maturity | 12/28 | K | | |
| 26. Discover Bank | B | Interest | K | T | | | | | |
| 27. Fidelity Advisor Service | A | Dividend | | | Sold | 9/07 | K | A | |
| 28. Ex-Cell Energy (X) Common | A | Dividend | J | T | | 9/20 | J | | |
| 29. Wellington (X) The Vanguard Group | C | Dividend | K | T | | | | | |
| 30. Treas.IM Bond Funds (X) The Vanguard Group | A | Dividend | | | Transfer | 2/23 | K | | |
| 31. Prime MM (X) The Vanguard Group | A | Dividend | | | Transfer | 3/03 | J | | |
| 32. Amboy Natl Bank, Old Bridge, NJ | B | Interest | K | T | Buy | 6/21 | | | |
| 33. Lehman Bros Wilmington, DE | B | Interest | K | T | Buy | 6/21 | | | |
| 34. Washington Mutual Headerson, NV | A | Interest | K | T | Buy | 9/08 | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Mutual | A | Interest | | | Maturity | 12/08 | K | | |
| 36. Cohutta Banking Co Chattanooga, TN | A | Interest | K | T | Buy | 6/21 | | | |
| 37. Cohutta Banking Co Chattanooga, TN | A | Interest | | | Maturity | 12/21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 05/9/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation For Section III B:

████████ non-investment income is paid to her as a commission as one of three trustees; she is not a beneficiary of the trust, either as to income or distribution of corpus. This is a private testamentary trust in which ████has no property interest now or as a remainder man. The corpus of the trust never was and never will be derived from the assets, income or activities of the filer ████████. The filer cannot expect to derive a benefit from the trust income or corpus. The service of ████ as a trustee, and commissions earned are the sole financial interest and responsibility of the ████ Neither the filer nor ████████ has filed any joint tax return with the trust and the filer has no knowledge of the property or corpus of the trust. Finally, ████████ annual commission is not based upon the level of profitability of the trust property.

Explanation For Section VII:
    No. 30 transferred to No. 5
    No. 31 transferred to No. 4

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_May 10, 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544